# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141570(49)


PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                      SC: 141570
                                                       COA: 283778
                                                       Allegan CC: 05-014491-FH
KENT ALLEN LEE,
        Defendant-Appellant.
_____


On order of the Chief Justice, the motion by plaintiff-appellee for adjournment of the oral argument and submission of this case is considered and, it appearing that an appointed special prosecutor is available to present the argument, the motion is denied.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2011

_____
Clerk